

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 APR 19 PM 3: 10
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:22CR 100 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 2251(a) & (e) |
| ANTONIO OLVERA, | 18 U.S.C. §§ 2252(a)(1) & (b)(1) |
| | 18 U.S.C. §§ 2252(a)(2) & (b)(1) |
| | 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |
| Defendant. | 18 U.S.C. § 2 |

The Grand Jury charges that

## COUNT ONE
(Production of Child Pornography- Victim 1)

Between on or about June 22, 2021, and September 22, 2021, in the District of Nebraska and elsewhere, defendant ANTONIO OLVERA, did knowingly employ, use, persuade, induce, entice and coerce minor VICTIM 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, and the visual depiction was transported in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e), and Title 18, United States Code, Section 2.

## COUNT TWO
(Receipt of Child Pornography- Victim 1)

Between on or about June 22, 2021, and September 22, 2021, in the District of Nebraska and elsewhere, defendant ANTONIO OLVERA, did knowingly receive and attempt to receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE
(Production of Child Pornography- Victim 2)

Between on or about March 23, 2021, and September 22, 2021, in the District of Nebraska and elsewhere, defendant ANTONIO OLVERA, did knowingly employ, use, persuade, induce, entice and coerce minor VICTIM 2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, and the visual depiction was transported in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e), and Title 18, United States Code, Section 2.

## COUNT FOUR
(Receipt of Child Pornography- Victim 2)

Between on or about March 23, 2021, and September 22, 2021, in the District of Nebraska and elsewhere, defendant ANTONIO OLVERA, did knowingly receive and attempt to receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FIVE
(Transportation of Child Pornography)

Between on or about June 16, 2020, and August 10, 2020, in the District of Nebraska and elsewhere, defendant ANTONIO OLVERA, did knowingly transport and attempt to transport, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

## COUNT SIX
(Possession of Child Pornography)

On or about September 22, 2021, in the District of Nebraska, defendant ANTONIO OLVERA, did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

Nikala Purdy-Struenholt for Jody Mullis
JODY B. MULLIS
Assistant U.S. Attorney

4