

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING ANTONIO OLVERA 8:22CR100 | April 21, 2022 |

| To | From |
|---|---|
| Clerk, U.S. District Court District Of Nebraska | Jody B. Mullis AUSA |

Be advised that the above named Defendant is now in custody - you may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**