IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22CR100 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| ANTONIO OLVERA, | ) | |
| Defendant. | ) | |

Kelly Steenbock hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 22nd day of April, 2022.

    Respectfully submitted,

    Antonio Olvera, Defendant,

    By /s/ Kelly Steenbock
       Kelly Steenbock
       Attorney for Defendant
       222 South 15th Street, #300N
       Omaha, NE 68102
       Telephone: (402) 221-7896
       Fax: (402) 221-7884
       E-Mail: Kelly_Steenbock@fd.org